UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORON BEN CHITRIT,

                Plaintiff,

-against-

UR M. JADDOU, in her official capacity as DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

                Defendant.

Case No. 1:24-cv-09277 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 5, 2024, Plaintiff filed his complaint with the Court. Dkt. 1. Defendant was served with the complaint on December 9, 2024, and proof of service was filed with the Court on the same day. Dkt. 6. On December 13, 2024, Plaintiff filed a motion for preliminary injunction and temporary restraining order. Dkt. 8.

Accordingly, it is hereby ORDERED that counsel for all parties shall appear for a telephonic hearing on Plaintiff's motion for a TRO on December 23, 2024, at 12:00 p.m. A meeting link will follow separately by email to the parties. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442, Access Code: 110 397 078#.

If is further ORDERED that Defendant shall file its opposition to the request for a TRO, if any, by December 19, 2024.

Dated: December 16, 2024
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge